THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN MILTON, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.

Submitted October 10, 1947; decided November 20, 1947.

*John Milton,* appellant in person.
*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown* and *Irving I. Waxman* of counsel), for respondent.

Orders reversed, and writ sustained to the extent that the matter is remitted to the Court of General Sessions of the County of New York for determination, upon a proper record, of whether relator was armed within the meaning of section 1944 of the Penal Law at the time of the commission of the felony for which he was punished, and relator remanded for resentence in accordance with such determination. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.